**DANIELLE A. KOLKOSKI, ESQ.**
Nevada State Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Defendant
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BROKAW, an individual, and CRYSTAL BROKAW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLLC, a ForeignCompany, and EQUIFAX INFORMATIONSERVICES, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No. 2:18-cv-02140-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Defendant, DITECH FINANCIAL LLC (hereinafter, "DITECH") and Plaintiffs, THOMAS BROKAW AND CRYSTAL BROKAW by and through their undersigned attorneys, that DITECH shall have up to and including December 19, 2018 to file a Response to Plaintiff's Complaint as the parties are engaging in potential early resolution.

///

///

///

///

1

3221410.1

This is DITECH's first request for an extension, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.

DATED: November 27, 2018

DATED: November 27, 2018

WOLFE & WYMAN LLP

COGBURN LAW OFFICES

By: */s/ Danielle A. Kolkoski*
    DANIELLE A. KOLKOSKI, ESQ.
    Nevada State Bar No. 8506
    6757 Spencer Street
    Las Vegas, NV 89119
    Attorneys for Defendant
    **DITECH FINANCIAL LLC**

By: */s/ Erik W. Fox*
    ERIK W. FOX, ESQ.
    Nevada Bar No. 8804
    COGBURN LAW OFFICES
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    Attorney for Plaintiffs

IT IS SO ORDERED.

DATED: Nov 28, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

3221410.1

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DITECH FINANCIAL LLC shall have up to and including December 19, 2018 to file a Response to Plaintiff's Complaint.

**IT IS SO ORDERED**.

Dated this _____ day of _____ , 20_ .

By: _____
DISTRICT COURT JUDGE

Submitted by,

DATED: November 27, 2018

WOLFE & WYMAN LLP

By:*/s/ Danielle A. Kolkoski*_____
　　DANIELLE A. KOLKOSKI
　　Nevada Bar No.: A. KOLKOSKI, ESQ.
　　6757 Spencer Street
　　Las Vegas, NV  89119
　　Attorneys for Defendant
　　**DITECH FINANCIAL LLC**

3221410.1

# CERTIFICATE OF MAILING

On November 27, 2018, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)**, by the following means to the persons as listed below:

☒ a. ECF System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

Jamie S. Cogburn, Esq.      jsc@cogburnlaw.com
Erik W. Fox, Esq.      efox@cogburnlaw.com
Attorneys for Plaintiff

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074

Attorneys for Plaintiff

                                     */s/ Jamie Soquena*
                                     Jamie Soquena
                                     An employee of Wolfe & Wyman LLP

3221410.1