**DANIELLE A. KOLKOSKI, ESQ.**
Nevada State Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Defendant
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BROKAW, an individual, and CRYSTAL BROKAW, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DITECH FINANCIAL LLLC, a ForeignCompany, and EQUIFAX INFORMATIONSERVICES, LLC, a Foreign Limited-Liability Company, <br><br> Defendants. | Case No. 2:18-cv-02140-JAD-CWH <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> **(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Defendant, DITECH FINANCIAL LLC (hereinafter, "DITECH") and Plaintiffs, THOMAS BROKAW AND CRYSTAL BROKAW by and through their undersigned attorneys, that DITECH shall have up to and including January 18, 2019 to file a Response to Plaintiff's Complaint as the parties are engaging in potential early resolution.

///

///

///

///

1

3236715.1

1  This is DITECH's first request for an extension, and is not intended to cause any delay or
2  prejudice to any party.  Trial has not been set in this case yet.

3  DATED: December 17, 2018					DATED: December 17, 2018

4  WOLFE & WYMAN LLP					COGBURN LAW OFFICES

By: */s/ Danielle A. Kolkoski*				By: */s/ Erik W. Fox*
    DANIELLE A. KOLKOSKI, ESQ.			    ERIK W. FOX, ESQ.
    Nevada State Bar No. 8506			    Nevada Bar No. 8804
    6757 Spencer Street				    COGBURN LAW OFFICES
    Las Vegas, NV  89119				    2580 St. Rose Parkway, Suite 330
    Attorneys for Defendant				    Henderson, Nevada 89074
    **DITECH FINANCIAL LLC**			    Attorney for Plaintiffs

2

3236715.1

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DITECH FINANCIAL LLC shall have up to and including January 18, 2019 to file a Response to Plaintiff's Complaint.

**IT IS SO ORDERED**.

Dated December 18, 2018

By: _____
UNITED STATES MAGISTRATE JUDGE

Submitted by,

DATED: December 17, 2018

WOLFE & WYMAN LLP

By:*/s/ Danielle A. Kolkoski*
    DANIELLE A. KOLKOSKI
    Nevada Bar No.: A. KOLKOSKI, ESQ.
    6757 Spencer Street
    Las Vegas, NV  89119
    Attorneys for Defendant
    **DITECH FINANCIAL LLC**

3

3236715.1

**CERTIFICATE OF MAILING**

On December 17, 2018, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT (SECOND REQUEST)**, by the following means to the persons as listed below:

☒ a. ECF System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

Jamie S. Cogburn, Esq.     jsc@cogburnlaw.com
Erik W. Fox, Esq.     efox@cogburnlaw.com
Attorneys for Plaintiff

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074

Attorneys for Plaintiff

                       */s/ Jamie Soquena*
                       Jamie Soquena
                       An employee of Wolfe & Wyman LLP

4

3236715.1